**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>                                           Plaintiff,<br><br>     v.<br><br>HEALTHLINE MEDIA, INC.,<br><br>                                           Defendant. | Case No. 4:25-cv-09823-HSG<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HEALTHLINE MEDIA, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint filed: 11/17/2025 |

Having reviewed the parties' Stipulation for Extension of Time for Defendant to Respond to Complaint, and good cause appearing,

IT IS HEREBY ORDERED that:

1.      Defendant Healthline Media, Inc. shall have through and including **March 16, 2026** to answer or otherwise respond to Plaintiff Monica Rodriguez's Complaint.

**IT IS SO ORDERED**.

Dated:       2/5/2026

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge

1                                          CASE NO.:  4:25-cv-09823-HSG

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO COMPLAINT

CLARKHILL\N2237\511887\286185921.v1-2/4/26