**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
        jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Ave. of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiff*

**CLARK HILL LLP**
Chirag H. Patel (*pro hac vice forthcoming*)
cpatel@clarkhill.com
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
Telephone: (360) 901-9086
Facsimile: (312) 985-5999

**CLARK HILL LLP**
Myriah V. Jaworski (SBN 336898)
mjaworski@clarkhill.com
350 Tenth Avenue, Suite 1200
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHLINE MEDIA, LLC, <br><br> Defendant. | Case No. 4:25-cv-09823-HSG <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified)** <br> Judge:  Hon. Haywood S. Gilliam, Jr. |

Plaintiff Monica Rodriguez ("Plaintiff") and Defendant Healthline Media, LLC ("Defendant"), (collectively, the "Parties"), by and through their respective counsel, stipulate to continue the case management conference currently set for February 26, 2026.  In support of their stipulation, the Parties state as follows:

**STIPULATION**

**WHEREAS**, on November 14, 2025, Plaintiff filed the Complaint;

**WHEREAS**, on January 23, 2026, Defendant was served with the Complaint;

**WHEREAS**, on February 4, 2026, the Parties stipulated to extend Defendant's deadline to respond to the complaint to Plaintiff's Complaint until March 16, 2026;

**WHEREAS**, on February 5, 2026, the Court granted the stipulation;

**WHEREAS**, the Parties are set to appear for an initial case management conference before the Court on February 26, 2026;

**WHEREAS**, the Parties have agreed to request a continuance of the initial case management conference until April 21, 2026 at 2:00 p.m., or anytime thereafter at the convenience of the Court, to allow Defendant to respond to Plaintiff's Complaint prior to the conference;

**WHEREAS**, this is the Parties' first request for a continuance of the case management conference;

**WHEREAS**, the Parties agree that the requested continuance of the case management conference is not for purposes of delay, will not prejudice either side, will promote judicial economy, and are in the best interest of the Parties.

**NOW THEREFORE, IT IS HEREBY STIPULATED** BY AND BETWEEN THE PARTIES, through their respective counsel and subject to the Court's approval, that:

The February 26, 2026 initial case management conference is continued until April 21, 2026 at 2:00 p.m., or anytime thereafter at the convenience of the Court.

**IT IS SO STIPULATED.**

Dated: February 17, 2026

**BURSOR & FISHER, P.A.**

By: */s/Kaili C. Lynn*
       Kaili C. Lynn

Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
        jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Ave. of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiff*

Respectfully submitted,

**CLARK HILL LLP**

By: */s/Myriah V. Jaworski*
       Myriah V. Jaworski

Myriah V. Jaworski (SBN 336898)
mjaworski@clarkhill.com
350 Tenth Avenue, Suite 1200
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

**CLARK HILL LLP**
Chirag H. Patel (*pro hac vice forthcoming*)
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
Telephone: (360) 901-9086
Facsimile: (312) 985-5999
Email: cpatel@clarkhill.com

*Attorneys for Defendant*

## ATTESTATION OF CONSENT TO FILING

In accordance with Civil L.R. 5-1 (i)(3), I attest that all other signatories listed in this document, and on whose behalf this filing is submitted, concur in the filings' contents, and have authorized the filing.

Dated: February 17, 2026                              By:    */s/ Kaili C. Lynn*

**ORDER GRANTING STIPULATION**

Having reviewed the Parties' Stipulation to Continue the Case Management Conference, and good cause appearing,

IT IS HEREBY ORDERED that:

The Initial Case Management Conference scheduled for February 26, 2026 is continued until April 21, 2026 at 2:00 p.m.  The zoom information and instructions remain the same as previously provided in docket no. 11.

Dated:   2/18/2026

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge